**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

IN THE UNITED STATES DISTRICT COURT

MAR **1 3** 2026

FOR THE DISTRICT OF NEW MEXICO

MITCHELL R. ELFERS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CRIMINAL NO. 26-1092 KG |
| | ) |
| vs. | ) Count 1: 18 U.S.C. § 4: Misprision of a |
| | ) Felony; Count 2: 18 U.S.C. § 1001(a)(2): |
| **DAMIAN AYZIE,** | ) False Statements to Government Agents. |
| | ) |
| Defendant. | ) |

## INFORMATION

The United States charges:

### Count 1

On or about June 5, 2024, in San Juan County, in the District of New Mexico, the defendant, DAMIAN AYZIE, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, Second Degree Murder, in violation of 18 U.S.C. §§ 1153 and 1111, did conceal the same, and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States.

In violation of 18 U.S.C. § 4.

### Count 2

On or about June 5, 2024, in San Juan County, in the District of New Mexico, the defendant DAMIAN AYZIE, in a matter within the jurisdiction of an agency within the executive branch of the Government of the United States, knowingly and willfully made a materially false, fictitious, and fraudulent statement and representation, to wit: defendant DAMIAN AYZIE represented to an FBI Special Agent that he did not witness the shooting, knowing then and there that statement to be untrue.

In violation of 18 U.S.C. ' 1001(a)(2).

TODD BLANCHE
Deputy Attorney General
RYAN ELLISON
First Assistant United States Attorney

CAITLIN E. DILLON
Assistant United States Attorney
201 3rd St. N.W. Ste. 900
Albuquerque, New Mexico  87102
(505) 346-7274